ELIZABETH M. REEVES, PLAINTIFF-APPELLANT, v. CITY OF JERSEY CITY, *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued November 29, 1954—Decided December 6, 1954.

*Mr. Louis G. Morten* argued the cause for the appellant.

*Mr. Louis J. Greenberg* argued the cause for the respondents (*Mr. John B. Graf*, attorney; *Mr. Louis E. Saunders*, on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Ewart in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.